IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LFP Internet Group, LLC, | § | |
| A DELAWARE COMPANY, | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | |
| | § | |
| DOES 1 - 1,106 | § | C.A. NO.: 3:10-cv-02096-F |
| | § | |
| DEFENDANTS. | § | |

**NOTICE REGARDING SEVERANCE ORDER**

Please be advised that all subpoenas related to this case were already withdrawn by Plaintiff on or about the 1st of January, 2011.

> Respectfully Submitted,
> LFP Internet Group, LLC

**DATED:** February 21, 2011

s/ *E. F. Stone*
Evan Stone
State Bar No. 24072371
624 W. University Dr., #386
Denton, Texas 76201
Phone: 469-248-5238
E-mail: lawoffice@wolfe-stone.com